UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID COHEN,

                Plaintiff,

    -against-                                              09 Civ. 3012(PKC)

SCOTT GREENBERG and GLOBAL BEEHIVE,
                                                                  ORDER

                Defendants.

---

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 10-8-09*

P. KEVIN CASTEL, U.S.D.J.

        In essence, this is a breach of contract action relating to a written consulting agreement for strategic and tactical planning for acquiring and disposing of businesses. Plaintiff alleges, among other things, that on the day the consulting agreement was terminated he was not permitted to leave the offices until he turned over his computer or at least until it was searched; the police were summoned and only then was plaintiff allowed to leave. (Complaint ¶¶ 31-37) The defendants now seek to have the Court approve a broad subpoena to be issued to the New York Police Department for what they describe as "the complete police records" of the incident. The subpoena is overbroad and imposes an undue burden on a non-party. Much of the information is obtainable in other form from other sources.

        The Court declines to issue the subpoena.

        SO ORDERED.

                                                                   P. Kevin Castel
                                                        United States District Judge

Dated:  New York, New York
          October 7, 2009